**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1194**

_____

WILLIAM REID BLACK,

                  Plaintiff - Appellant,

       v.

THE UNITED STATES ARMY; ARMY REVIEW BOARD AGENCY; CAPTAIN
PULSON, Captain of Batter A 15FD; THOMAS WHITE, Secretary of
Army (U.S.); JOHN M. MCHUGH, U.S. Army Special Affairs; RICK
A. SCHWEIGERT, Chief Congressional Special Action Officer,

                  Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  N. Carlton Tilley,
Jr., Senior District Judge.  (1:13-cv-00889-NCT-LPA)

_____

Submitted:  May 22, 2014              Decided:  May 28, 2014

_____

Before TRAXLER, Chief Judge, and HAMILTON and DAVIS, Senior
Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William Reid Black, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Reid Black appeals the district court's order accepting the recommendation of the magistrate judge and dismissing, under 28 U.S.C. § 1915(e)(2)(B) (2012), Black's complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Black v. U.S. Army, No. 1:13-cv-00889-NCT-LPA (M.D.N.C. Jan. 23, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED